**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Lakeisha Demerson, MD v. Kiesta Smith, Individually and as next friend of XXXXXX XXXXXX, a minor

Appellate case number:   01-22-00579-CV

Trial court case number: 2022-01500

Trial court:             270th District Court of Harris County

On September 8, 2022, the reporter's record was filed. The clerk's record was filed on August 16, 2022. Texas Rule of Appellate Procedure 38.6(a) states that in an accelerated appeal, the appellant's brief is due twenty days after the later of the date the clerk's record or the reporter's record is filed. Because this appeal is accelerated, Appellant's brief is due on September 28, 2022.

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually


Date: September 12, 2022